UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-cv-80533

FEDERAL DEPOSIT INSURANCE CORPORATION,
        Plaintiff,
v.
PROPERTY TRANSFER SERVICES INC.,
*et al.*,
        Defendants.
_____/

## ORDER GRANTING IN PART DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO COMPEL PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION TO FULLY RESPOND TO ITS FIRST COMBINED SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS (WITH MEMORANDUM OF LAW IN SUPPORT)

THIS Cause is before the Court upon Defendant First American Title Insurance Company's ("Defendant") Motion to Compel Plaintiff Federal Deposit Insurance Corporation to Fully Respond to Its First Combined Set of Interrogatories and Requests for Production of Documents (DE 46) ("Motion"), filed on January 10, 2013. On January 28, 2013, Plaintiff Federal Deposit Insurance Corporation ("Plaintiff") filed a Response to the Motion (DE 49) and Defendant filed a Reply to the Motion (DE 50) on February 6, 2013. I have reviewed the Motion and the record on the matter and am otherwise fully advised in the premises.

While this matter involves two loans issued by BankUnited, N.A., Defendant seeks the production of documents concerning *all* loans issued by BankUnited N.A. *See* DE 49 at 2. Defendant claims that such information is necessary to determine whether Plaintiff has standing to pursue its claims. DE 46 at 3. Because Plaintiff's standing can be determined through an analysis of the documents pertaining to the loans at issue in this matter, Defendant's request is overly broad. As such, I find that Defendant is entitled to the production of documents that relate

to the two loans at issue in this matter, but not documents pertaining to all loans issued by BankUnited, N.A. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED IN PART.** Plaintiff shall produce those documents responsive to Defendant's request which relate to the two loans at issue in this matter.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 21 day of February, 2013.

Copies to: Counsel of Record

DONALD M MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE