UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80533-CIV-MIDDLEBROOKS/BRANNON

FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER
FOR BANKUNITED, F.S.B.,

    Plaintiff,

vs.

PROPERTY TRANSFER SERVICES, INC., a
Florida Corporation, FIRST AMERICAN
TITLE INSURANCE COMPANY, a California
Corporation, and DOES 1 through 40,

    Defendants.
_____/

## ORDER GRANTING MOTION TO CORRECT SCRIVENER'S ERROR ON DOCKET

THIS CAUSE comes before the Court upon Unopposed Motion by Defendant First American Title Insurance Company ("First American") to Correct Scrivener's Error on Docket ("Motion") (DE 223) filed on November 5, 2013. First American represents that Plaintiff Federal Deposit Insurance Corporation, as receiver for Bank United, F.S.B. ("FDIC"), does not oppose the instant Motion. I have reviewed the record and I am otherwise fully advised in the premises.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. First American's Motion (DE 223) is **GRANTED**; and
2. The text in Docket Entry 137 that states, "Calendar Call held on 5/16/2013" shall be **CORRECTED** to state "Calendar Call held on 5/15/2013."

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 14 day of November, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record